UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 16-24806-CIV-MORENO**

JOSEPH LINDON POLLARD,

        Petitioner,

vs.

JULIE L. JONES,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus, filed on **November 17, 2016**. The Magistrate Judge filed a Report and Recommendation **(D.E. 5)** filed on **November 21, 2016**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation were filed. Being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that the Petition for Writ of Habeas Corpus is DISMISSED. It is further,

    **ADJUDGED** that no certificate of appealability issue.

    DONE AND ORDERED in Chambers at Miami, Florida, this ____ of December 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Patrick A. White
Counsel of Record